In the Matter of the Claim of HARRIET E. SMITH, Respondent, against NORTHPORT WATER WORKS COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 2, 1929; decided October 22, 1929.)

*William B. Davis* and *E. C. Sherwood* for appellants.
*Hamilton Ward, Attorney-General* (*E. C. Aiken* of counsel), for respondents.

Order of the Appellate Division reversed and claim dismissed, with costs against the State Industrial Board in this court and Appellate Division, on the ground that the accident did not arise out of and in the course of the employment; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: CRANE, J.